**IN RE BLUE RIDGE HOUS. OF BAKERSVILLE LLC**

[367 N.C. 199 (2014)]

IN THE MATTER OF APPEAL OF BLUE RIDGE HOUSING OF BAKERSVILLE LLC
FROM THE DECISION OF THE MITCHELL COUNTY BOARD OF EQUALIZATION AND REVIEW
DENYING PROPERTY TAX EXEMPTION FOR CERTAIN PROPERTY EFFECTIVE FOR TAX YEAR 2011

No. 173PA13

(Filed 24 January 2014)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, ___ N.C. App. ___, 738 S.E.2d 802 (2013), affirming a final decision entered on 28 February 2012 by the North Carolina Property Tax Commission. Heard in the Supreme Court on 7 January 2014.

*David A. Gitlin for taxpayer-appellee.*

*Hal G. Harrison, Attorney, and R. Ben Harrison, Associate Attorney, for respondent-appellant Mitchell County.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.